(116 App. Div. 927)

### PEOPLE ex rel. McGINLEY v. CAHILL, Coroner.

(Supreme Court, Appellate Division, Second Department.   January 25, 1907.)

Appeal from Special Term, Richmond County.

Application by Thomas R. McGinley for mandamus to Matthew J. Cahill, as coroner. From an order directing a peremptory writ, defendant appeals. Reversed.

Argued before HIRSCHBRG, P. J., and WOODWARD, RICH, MILLER, and GAYNOR, JJ.

PER CURIAM. Final order reversed, without costs, on the authority of People ex rel. Hoefle v. Cahill (decided herewith) 102 N. Y. S. 325.